**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Mary Mourssi, Mohammed Mourssi, | Civil No. 08-609 (RHK/AJB) |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Condoleezza Rice, Secretary of State, U. S. Department of State, | |
| Defendant. | |

_____

Pursuant to the parties' Stipulation (Doc. No. 15), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**; each party shall bear its own attorney's fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 7, 2008

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge